## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**TIMOTHY YOUNG,**

      **Petitioner,**

**v.**                                              **Case No. 1:21-cv-48-AW-MAF**

**SECRETARY, DEP'T OF**
**CORRECTIONS,**

      **Respondent.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

I have considered the magistrate judge's October 6, 2022 report and recommendation. ECF No. 13. No objections have been filed. I have determined the report and recommendation should be adopted. I agree with the magistrate judge that the § 2254 should be denied on the merits. I also agree that Petitioner has not made a substantial showing of the denial of a constitutional right, so no certificate of appealability will issue.

It is now ORDERED:

1.      The report and recommendation (ECF No. 13) is adopted and incorporated into this order.

2.      The clerk will enter a judgment that says, "The § 2254 petition is denied on the merits."

3.      A certificate of appealability is DENIED.

4.      The clerk will close the file.

SO ORDERED on November 21, 2022.

s/ *Allen Winsor*
United States District Judge